UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 5:11-cr-27-Oc-31TBS

CHRISTOPHER J. ALBRITTON

## ORDER

During the change of plea hearing on February 16, 2012, the defendant made an ore tenus request to modify the Order Setting Conditions of Release (Doc. 5) to permit him to use a computer with no internet access at his place of employment. The government has no objection to the request.

Accordingly, upon due consideration, defendant's ore tenus request to modify his conditions of release is hereby GRANTED. Defendant's Order Setting Conditions of Release (Doc. 5) is hereby modified to allow defendant to use a computer at his place of employment provided that Pretrial Services first confirms the computer has no internet access. All other conditions of release, not modified herein, shall remain in full force and effect.

DONE AND ORDERED in Ocala, Florida this 16th day of February, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
United States Marshal
United States Attorney
United States Pretrial Services
Counsel for Defendant